**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ENCLAVE WEST, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SL ENCLAVE WEST APARTMENTS HOLDINGS, LLC**<br><br>**Defendant.** | **Case No.: 3:16-cv-1192** |

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), defendant SL Enclave West Apartments Holdings, LLC ("SLE West") hereby files this Notice of Removal of the above-captioned case to this Court and states as follows:

1. On September 21, 2016, Plaintiff Enclave West, LLC ("Enclave West") first filed a claim against defendant in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois, captioned *Enclave West, LLC v. SL Enclave West Apartments Holdings, LLC*, case number 16-L-1333 (the "Complaint").

2. On September 30, 2016, defendant was served with the Complaint, the initial pleading setting forth the claim for relief upon which this proceeding is based.

3. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings and orders served on defendants, including the summons and Complaint, are attached hereto and incorporated herein as **Exhibit 1**.

4. Plaintiff Enclave West is a limited liability company organized under the laws of the State of Illinois with its principal place of business in Edwardsville, Illinois. *See* Complaint, ¶1**.** Enclave West is comprised of three members, Corey Wenzel, Michael Wenzel and Chris Thoron,

each of whom is a resident of and is domiciled in Edwardsville, Illinois. *See* Operating Agreement of Enclave West, LLC, dated August 1, 2011, attached hereto as incorporated herein as **Exhibit 2;** Declaration of Ray Sun, dated October 26, 2016, at ¶8, attached hereto and incorporated herein as **Exhibit 3**.

5. Each member is deemed to be is a citizen of Illinois, and as a result, Enclave West is deemed to be a citizen of the State of Illinois for purposes of determining diversity jurisdiction.

6. Defendant SLE West is a limited liability company organized under the laws of Delaware. Its sole member is Sandlapper Student Housing, LLC ("SL Student Housing"), a limited liability company organized under the laws of Delaware. SL Student Housing is comprised of two (2) members, Sandlapper Capital Investments, LLC and IREC DST Partner, LLC. *See* Sun Decl. at ¶¶3-4.

7. Sandlapper Capital Investments, LLC is comprised of three (3) members, Trevor Gordon, Jack C. Bixler and Pete Byford, each of whom are residents of and are domiciled in South Carolina. Sandlapper Capital Investments, LLC therefore is deemed to be a citizen of the State of South Carolina. *See* Sun Decl. at ¶5.

8. IREC DST Partner, LLC is comprised of five (5) members, four individuals and one (1) entity. With respect to the individual members, Michael Augustine is a resident of and is domiciled in Utah and is deemed to be a citizen of the State of Utah. Jared Miller and Evan Schwartz each are residents of and are domiciled in Florida, and each is deemed to be a citizen of the State of Florida. Doug Sherman is a resident of and is domiciled in Texas and is deemed to be a citizen of the State of Texas. The remaining member, IREC Investments, LLC is comprised of three (3) members - Doug Sherman, Michael Augustine and Jared Miller - and is deemed to be a citizen of Texas, Florida and Utah. *See* Sun Decl.at ¶¶ 6-7.

9. As a result, SLE West is deemed to be a citizen of the following states for purposes of determining diversity jurisdiction: South Carolina, Utah, Florida and Texas. SLE West is **not** a citizen of the State of Illinois.

10. The Complaint alleges that Enclave West and SLE West, by assignment, entered into a purchase and sale agreement contract "for the sale of the real property commonly known as the Enclave West Apartments" (the "Contract"). *See* Complaint, ¶ 7.

11. Enclave West seeks liquidated damages in the amount of $1,320,000.00 for its claim of breach of contract (Count I); compensatory damages in the amount of $1,520,000.00, plus $4,560,000.00 for its claim of fraud (Count II); compensatory damages "in an amount exceeding Fifty Thousand Dollars ($50,000)," plus punitive damages and attorneys' fees and court costs under its claim of violation of the Illinois Uniform and Deceptive Trade Practices Act (Count III) and under its claim of unfair competition (Count IV). *See* Complaint, *ad damnum* Clause, Counts I-IV.

12. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332(a). There is and has been since the filing of this action complete diversity of citizenship between Enclave West and SLE West and the amount in controversy exceeds $75,000.

13. The Circuit Court for the Third Judicial Circuit, Madison County, State of Illinois, is located within the Southern District of Illinois, and, therefore, venue is proper in this Court pursuant to 28 U.S.C. § 93(c) because it is "the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

14. SLE West files this Notice of Removal within 30 days after service of the Complaint. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

15. This case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because, as demonstrated by the foregoing, SLE West has satisfied the procedural requirements for removal and

this court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1441(b) & (c) and U.S.C. § 1332(a).

16. A copy of the written notice required by 28 U.S.C. § 1446(d) is attached as **Exhibit 4** and will be promptly filed in the Circuit Court, Third Judicial Circuit, Madison County, Illinois and served on Enclave West.

Respectfully submitted,

SPENCER FANE LLP

Dated: October 28, 2016

**/s/ Thomas W. Hayde**

Thomas W. Hayde, IL #6288227
One North Brentwood Blvd., Suite 1000
St. Louis, MO 63105-3925
Phone: (314) 863-7733
Fax: (314) 862-4656
thayde@spencerfane.com

*Counsel for Defendant SL Enclave West Apartments Holding, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the court's CM/ECF email notification system, **28th day of October, 2016,** on:

John W. McCracken
Goldenberg Heller & Antognoli P.C.
2227 South State Route 157
Edwardsville, IL 62025
(618) 656-5150
(618) 656-6230 (fax)
**Attorneys for Plaintiff**

**/s/Thomas W. Hayde**
Thomas W. Hayde